Taylor M. Tieman (SBN 305269)
Krohn & Moss, Ltd.
1112 Ocean Dr., 3rd Floor
Manhattan Beach, CA 90266
Tel: (323) 988-2400 ext. 254
Fax: (866) 861-1390
ttieman@consumerlawcenter.com

Attorneys for Plaintiff
LATOYA HAZLE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA HAZLE<br><br>  Plaintiff,<br><br>  v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>  Defendant. | **Case No.:** 3:14-cv-02500-MMA-MDD<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Michael M. Anello<br><br>Magistrate Judge: Hon. Mitchell D. Dembin |

JOINT MOTION TO DISMISS

P:01192588-2:87025.095 LA01\LEECA\730197.1

Plaintiff Latoya Hazle ("Plaintiff") and Defendant Midland Credit Management, Inc. ("Defendant") (collectively the "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly move this Court to dismiss Plaintiff's claims against the Defendant in the above-captioned matter with prejudice.  The Parties will each bear their own attorneys' fees and costs.

| Dated: May 21, 2018 | Dated: May 21, 2018 |
|---|---|
| /s/ Robert Franklin Springfield<br>Robert Franklin Springfield<br>Burr & Forman, LLP<br>201 N. Franklin St., Suite 3200<br>Tampa, FL 33602<br>Tel: (407) 540-6600<br>Fax: (407) 540-6601<br>fspringf@burr.com<br>MIDLAND CREDIT MANAGEMENT, INC. | /s/ Taylor M. Tieman<br>Taylor M. Tieman (SBN 305269)<br>Krohn & Moss, Ltd.<br>1112 Ocean Dr., 3rd Floor<br>Manhattan Beach, CA 90266<br>Tel: (323) 988-2400 ext. 254<br>Fax: (866) 861-1390<br>ttieman@consumerlawcenter.com<br>LATOYA HAZLE |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Robert Franklin Springfield, counsel for Defendants, and that I have obtained Mr. Springfield's authorization to affix his electronic signature to this document.

DATED:  May 21, 2018               *s/ Taylor M. Tieman*
                                   TAYLOR M. TIEMAN
                                   Attorneys for Plaintiff
                                   LATOYA HAZLE

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2018, a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF System with copy to all parties via the same.

/s/ Taylor M. Tieman
Taylor M. Tieman